UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
UNITED STATES OF AMERICA,
:
        Plaintiff,
:    JUDGMENT OF FORFEITURE
      -v.-
:    20 Civ. 3397 (LJL)
CERTAIN FUNDS ON DEPOSIT IN
VARIOUS ACCOUNTS DETAILED HEREIN,  :

        Defendant-*in-rem*.  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about May 1, 2020, the United States of America (the "United States" or the "Government") filed a Verified Complaint (D.E. 1) seeking to forfeit the following as constituting proceeds of wire fraud and property involved in money laundering:

    a. Any and all funds including but not limited to $2,230 USD on deposit in account number 503245425301 in the name of MMT International Holdings Ltd. at Oversea-Chinese Banking Corporation in Singapore, and all funds traceable thereto (Subject Account-1);

    b. Any and all funds including but not limited to $708,570 USD on deposit in account number 503609240401 in the name of MMT International Holdings Ltd. at Oversea-Chinese Banking Corporation in Singapore, and all funds traceable thereto (Subject Account-2);

    c. Any and all funds including but not limited to 432,377 CNH on deposit in account number 0003-0216417-01-0 in the name of MMT International Holdings Ltd. at DBS Bank in Singapore, and all funds traceable thereto (Subject Account-3);

    d. Any and all funds including but not limited to 5,523,412 CNH on deposit in account number 0003-009818-1 in the name of MMT International Holdings Ltd. at DBS Bank in Singapore, and all funds traceable thereto (Subject Account-4); and

    e. Any and all funds including but not limited to 8,011,574 HKD on deposit in account number 0003-021646-01-9 in the name of MMT International

Holdings Ltd. at DBS Bank in Singapore, and all funds traceable thereto (Subject Account-5);

((a) though (e), collectively, the "Defendant Funds").

WHEREAS, beginning on or about May 6, 2020, and continuing through June 4, 2020, the Government published notice of the Verified Complaint against the Defendant Funds (the "Notice of Forfeiture"), on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, and proof of such publication was filed with the Clerk of this Court on June 19, 2020 (D.E. 11);

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the Notice of Forfeiture specified the Defendant Funds and the intent of the United States to forfeit and dispose of the Defendant Funds, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendant Funds, within sixty days from the first day of publication of the Notice on the official government internet site;

WHEREAS on or about May 6, 2020, the Government sent direct notice to the following individuals and entities (the "Noticed Parties") via electronic mail:

> Nakoorsha bin Abdul Kadir, Esq.
> *(Counsel for Padang Trust Pte Ltd.)*
> 7 Temasek Boulevard #20-06
> Suntec Tower One
> Singapore 038987
> nakoorsha@nakoorshalaw.com
>
> Padang Trust Pte Ltd.
> 20 Upper Circular Rd, #02-03/07
> The Riverwalk
> Singapore 058416
> padang@padangtrust.com.sg

3

> Avraham Moskowitz
> *(Counsel for Wayne Franklyn Chinn)*
> Moskowitz & Book, LLP
> 345 7th Ave, 21st floor
> New York, NY 10001
> AMoskowitz@mb-llp.com
>
> Ray Shankar, Esq.
> *(Counsel for Tan Meng Hoay, a/k/a Mary Tan)*
> Oon and Bazul
> 36 Robinson Road, #08-01/06
> City House
> Singapore 068877
> shankar.ray@oonbazul.com
>
> MMT International Holdings in care of Padang Trust Pte Ltd.
> 20 Upper Circular Rd, #02-03/07
> The Riverwalk
> Singapore 058416
> padang@padangtrust.com.sg

WHEREAS, the Noticed Parties are the only individuals and entities known by the Government to have a potential interest in the Defendant Funds.

WHEREAS, prior to the filing of this action, Wayne Franklyn Chinn a/k/a "Frank Chinn" ("Chinn") advised the Government of his potential interest in the Defendant Funds;

WHEREAS, on or about May 29, 2020 and or about June 4, 2020, Tan Meng Hoay, a/k/a "Mary Tan" ("Tan") and Padang Trust Singapore Pte Ltd. ("Padang Trust") (Tan and Padang Trust collectively with Chinn, "Claimants"), respectively, advised the Government of their potential interests in the Defendant Funds;

WHEREAS, on or about July 10, 2020, the Court entered a Stipulation and Order of Settlement executed by the Government, the Claimants, and the Claimants' counsel (the "Parties") (D.E. 14). The Stipulation and Order of Settlement resolved the Parties' respective claims to the Defendant Funds without further litigation, wherein the Parties agreed to the

4

following: (a) 3% of the balance of the Defendant Funds shall be transferred to Tan directly from the custodial banks in Singapore; (b) 14% of the Defendant Funds shall be transferred to Chinn as set forth in the Stipulation and Order of Settlement; and (c) the Claimants shall withdraw any claims to the remaining Defendant Funds, specifically 83% of the balance of the Defendant Funds (the "Forfeited Funds"); and

WHEREAS, no other claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Forfeited Funds shall be, and the same hereby is forfeited to the plaintiff United States of America.

2. The United States Department of Treasury (or its designee) shall dispose of the Forfeited Funds, according to law.

3. The Clerk of the Court shall forward four certified copies of this Judgment of Forfeiture to Assistant United States Attorney, Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York, 10007.

Dated: New York, New York
    July _21__, 2020

SO ORDERED:

_____
THE HONORABLE LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE

5